FILED
CLERK, U.S. DISTRICT
JAN 18 2013
CENTRAL DISTRICT OF CALIFOR
BY _____ DEPU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALKER JAMES INVESTMENTS, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JESSE DORADO, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CV 13-0015 UA (DUTYx) <br><br> ORDER SUMMARILY REMANDING <br> IMPROPERLY-REMOVED ACTION |

    The Court remands this unlawful detainer action to state court summarily because defendant Jesse Dorado ("defendant") removed it improperly.

    On January 2, 2013, defendant, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed without prepayment of the filing fee. The Court has denied the latter application in a separate order because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this order to remand the action to state court.

    Plaintiff could not have brought this action in federal court in the first place, and defendant does not competently allege facts supplying either diversity or federal-question jurisdiction. Therefore, removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S.

546, 563 (2005). Plaintiff's unlawful detainer complaint does not present any federal question. See 28 U.S.C. §§ 1331, 1441(b). This action is not removable on the basis of diversity of citizenship because defendant alleges that he is a citizen of California. See 28 U.S.C. § 1441(b)(2).

Defendant is further notified and warned that any subsequent attempts to remove the underlying state unlawful detainer action to this Court will be improper and will constitute vexatious conduct that the Court may address by way of punitive remedial measures, which may include having defendant designated as a vexatious litigant and barred from commencing any further removal actions with respect to the underlying state unlawful detainer action.

Accordingly, this matter is **remanded** to the Superior Court of California, County of Los Angeles, Central Judicial District, 111 North Hill Street, Los Angeles, California 90012, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). The Clerk is directed to send a certified copy of this order to the state court and to serve copies of this order on the parties.

**IT IS SO ORDERED.**

DATED: 1/17, 2013

GEORGE H. KING
CHIEF DISTRICT JUDGE